UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
R.L. individually and on behalf of V.Z., a child with a disability,

                Plaintiffs,

    -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.
------------------------------------------------------------------X

23-CV-09898 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

    Pursuant to the Court's Order dated February 4, 2025, ECF No. 31, the parties were required to file a joint letter, the contents of which are described therein, by February 18, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to April 22, 2025.

    SO ORDERED.

Dated: April 8, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge