UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
R.L. individually and on behalf of V.Z., a child with a      :
disability,                                                                                :
:
                           Plaintiffs,                  :       23-CV-9898 (JAV)
:
     -v-                                                                         :              ORDER
:
New York City Department of Education,                    :
:
                           Defendant.              :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Order dated June 16, 2025, ECF No. 34, the parties were required to file a joint status letter every thirty days beginning on June 30, 2025. Accordingly, the parties were required to file a joint status letter by September 29, 2025, but the parties have not filed a joint letter since August 29, 2025. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 14, 2025**.

      SO ORDERED.

Dated: October 8, 2025
       New York, New York

                                                             JEANNETTE A. VARGAS
                                                            United States District Judge