UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
R.L. individually and on behalf of V.Z., a child with a    :
disability,    :
:                    23-CV-09898 (JAV)
Plaintiffs,    :
:                        ORDER
-v-    :
:
NEW YORK CITY DEPARTMENT OF    :
EDUCATION, et al.,    :
:
Defendants.    :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On March 4, 2026, Plaintiffs submitted a letter-motion, ECF No. 45, alerting the Court to an

inadvertent filing, ECF No. 44-2, of a list of now-prior liens containing the unredacted names of

minor children and their parents.  Plaintiffs request that ECF No. 44-2 be sealed or the entirety of

ECF No. 44 be placed under seal.

Pursuant to Federal Rules of Civil Procedure 5.2 "filing[s] with the court that contain[] . . .

the name of an individual known to be a minor" may only include "the minor's initials."

Accordingly, Plaintiffs' request to seal ECF No. 44-2 is **GRANTED**.

The Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.

Dated: March 10, 2026
New York, New York                    _____
                                        JEANNETTE A. VARGAS
                                        United States District Judge